# United States Court of Appeals for the Federal Circuit

---

**CERAMTEC GMBH,**
*Appellant*

**v.**

**COORSTEK BIOCERAMICS LLC, FKA C5 MEDICAL WERKS, LLC,**
*Appellee*

---

2023-1502

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in No. 92058781, 92058796.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT

January 3, 2025
Date

Jarrett B. Perlow
Clerk of Court